IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

### JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| JEAN CUNNINGHAM, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 23-4087-CV-C-BCW |
| BECTON, DICKINSON AND COMPANY, C.R. BARD, INC., BARD ACCESS SYSTEMS, INC., and DOES 1 through 10, | ) |
| Defendants. | ) |

\_\_\_ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X Decision by Court.** This action came before the Court. The issues have been determined and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that

Defendant Becton, Dickinson and Company, C.R. Bard, Inc., and Bard Access Systems, Inc.'s motion to dismiss (Doc. #9) is DENIED AS MOOT. Defendant Becton, Dickinson and Company, C.R. Bard, Inc., and Bard Access Systems, Inc.'s motion to dismiss (Doc. #22) is GRANTED IN PART and the above-captioned matter is TRANSFERRED to the Eastern District of Missouri.

August 1, 2023  Paige Wymore-Wynn
Date  Clerk of Court

/s/ Tracy L. Diefenbach
(by) Deputy Clerk